UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW WRIGHT, | No. C09-5772 RBL/KLS |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| PAT GLEBE, | |
| Respondent. | |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #13], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's motion to dismiss (Dkt. 9) is **GRANTED** and Petitioner's writ of habeas corpus (Dkt. 1) is **DISMISSED WITH PREJUDICE as time-barred based on 28 U.S.C. § 2244(d)**;

(3) The Court declines to issue a certificate of appealability; and

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 28th day of May, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1