# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANDREW WRIGHT,

v.

PAT GLEBE,

JUDGMENT IN A CIVIL CASE

No. C09-5772 RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) Defendant's motion to dismiss (Dkt. 9) is **GRANTED** and Petitioner's writ of habeas corpus (Dkt. 1) is **DISMISSED WITH PREJUDICE as time-barred based on 28 U.S.C. § 2244(d)**; and

(3) The Court declines to issue a certificate of appealability.

| | |
|---|---|
| June 1, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/ Mary Trent* |
| | Deputy Clerk |