HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW WRIGHT,

        Petitioner,

    v.

PAT GLEBE,

        Respondent.

Case No. C09-5772RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion to Proceed on Appeal *In Forma Pauperis* [Dkt. #19]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Petitioner's Motion is **DENIED**. The Petitioner has failed to provide the information required by Fed. R. App. P. 24(a)(1).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 19th day of July, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1